# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 17-3669

———————————————

United States of America

*Plaintiff - Appellee*

v.

Robert Brown

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Western District of Missouri - Springfield

——————————

Submitted: April 19, 2019
Filed: July 25, 2019
[Unpublished]

——————————

Before LOKEN, WOLLMAN, and STRAS, Circuit Judges.

——————————

PER CURIAM.

Robert Brown received an 84-month prison sentence for possessing a firearm
as a felon. 18 U.S.C. §§ 922(g)(1), 924(a)(2). On appeal, he argues that the district

court[1] erroneously counted a prior Missouri conviction of second-degree robbery as a "crime of violence," which had the effect of increasing his base offense level under the Sentencing Guidelines. *See* U.S.S.G. §§ 2K2.1(a)(4)(A), 4B1.2(a). In *United States v. Parker*, No. 17-3732, 2019 WL 2932190 (8th Cir. July 9, 2019) (published), we recently addressed this argument and reached a contrary conclusion. Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

_____

---

[1]The Honorable Stephen R. Bough, United States District Judge for the Western District of Missouri.